USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WEST 25th STREET LIQUORS

        Debtor.

---

VANESSA RODRIGUEZ,

        Appellant,

-against-

ALBERT TOGUT AS CHAPTER 7 TRUSTEE,

        Appellee.

18 Civ. 11623 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 12, 2018, Appellant Vanessa Rodriguez file a notice of appeal of the decision of the Bankruptcy Court. ECF No. 1. The notice of the record of appeal was docketed on January 18, 2019. ECF No. 5. In accordance with the Federal Rules of Bankruptcy Procedure, Appellant was required to serve and file "a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed. R. Bankr. P. 8018(a)(1). Appellant's brief, therefore, was due on February 19, 2019. *See* ECF No. 5. That submission is now overdue. Accordingly, by **March 26, 2019,** Appellant shall file her brief. Failure to do so may result in dismissal in accordance with Federal Rule of Bankruptcy Procedure 8018(a)(4). The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: March 12, 2019
       New York, New York

ANALISA TORRES
United States District Judge